1  SHARON C. COLLIER (State Bar No. 203450)
   Sharon.Collier@fmglaw.com
2  FREEMAN MATHIS & GARY, LLP
   1255 Treat Blvd., Suite 300
3  Walnut Creek, CA 94597
   P: (925) 644-0918
4  F: (833) 335-7962

5  Attorneys for Defendant COSTCO WHOLESALE
   CORPORATION
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| 11  LEIGH PATTERSON, an individual, | Case No. |
| 12          Plaintiff,<br>            v. | [Humboldt County Superior Court Case No. CV2200529] |
| 13<br>14  COSTCO WHOLESALE CORPORATION, a Corporation, CHERYL "DOE", and individual, and DOES 1 through 25, inclusive, | **DEFENDANT COSTCO WHOLESALE CORPORATION'S REQUEST FOR JUDICIAL NOTICE [FRE 201]** |
| 15<br>16          Defendants. | Complaint Filed: April 19, 2022 |
| 17 | |

18
19      **PLEASE TAKE NOTICE** that in support of its Notice of Removal, pursuant to the
20  Federal Rules of Evidence rule 201, Defendant COSTCO WHOLESALE CORPORATION
    ("Costco") requests this Court take judicial notice of the following:
21
22          1.      A true and correct copy of Plaintiff LEIGH PATTERSON's ("Plaintiff") Summons
23  and Complaint filed on April 19, 2022, in the Humboldt County Superior Court, Case No.
    CV2200529, which Costco received on May 19, 2022, is attached to this Request for Judicial
24  Notice as **Exhibit A**.
25          2.      Plaintiff is a resident of Alameda County, California, as alleged in the operative
26  Complaint.
27          3.      A true and correct copy of Costco's Answer contemporaneously filed in Case No.
28
                                              1
    COLLIER DECL. ISO DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF
                            REMOVAL TO FEDERAL COURT

1  CV2200529 of the Humboldt County Superior Court is attached to this Request for Judicial Notice

2  as **Exhibit B**.

3      4.      Costco is a corporation formed and organized under the laws of the State of

4  Washington, as evidenced by the Amended Statement of Designation by a Foreign Corporation, a

5  true and correct copy of which is attached to this Request for Judicial Notice as **Exhibit C**, and

6  which is found on the California Secretary of State Website.

7      5.      Costco Wholesale Corporation's principal place of business is located at 999 Lake

8  Drive, Issaquah, Washington 98027, as evidenced by the Statement of Information filed by Costco

9  on June 27, 2019 with the California Secretary of State, a copy of which is attached to this Request

10  for Judicial Notice as **Exhibit D**, and which is found on the California Secretary of State Website.

11      **A.      LEGAL AUTHORITY FOR TAKING JUDICIAL NOTICE OF THIS**

12          **MATERIAL**

13      This Court may take judicial notice at any stage of the proceeding.  Fed R. Evid. 201(d).

14  Paragraph (b)(2) of Rule 201 states in part that "[t]he court may judicially notice a fact that is not

15  subject to reasonable dispute because it:  … can be accurately and readily determined from sources

16  whose accuracy cannot reasonably be questioned."  Exhibits A-D are public records maintained by

17  the State of California and readily accessible through the California Secretary of state website, and

18  the Contra Costa County Superior Court. The aforementioned facts are maintained by reliable

19  sources and cannot reasonably be questioned.

20      In light of the foregoing, Costco requests this Court take judicial notice of the following

21  facts: (1) Plaintiff filed a Complaint with the Alameda County Superior Court against Costco on

22  March 17, 2022 alleging causes of action for negligence and premises liability; (2) Plaintiff is a

23  resident of the State of California; (3) Costco received the Complaint on May 19, 2022;  (4) Costco

24  contemporaneously filed an Answer to Plaintiffs' Complaint in Case No. CV2200529 of the

25  Humboldt County Superior Court, with this Notice of Removal and supporting documents,

26  generally denying Plaintiffs' claims and asserting various affirmative defenses; (5) Costco is a

27  corporation duly incorporated in the State of Washington; and (6) Costco's principal place of

COLLIER DECL. ISO DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE
OF REMOVAL TO FEDERAL COURT

1  business is located in the State of Washington.

2  **B.    CONCLUSION**

3      For all of the aforementioned reasons, Defendant Costco respectfully requests that this

4  Court take judicial notice of the records and facts set forth above.

5  Dated:  June 21, 2022                                FREEMAN MATHIS & GARY, LLP

6

7

8  By:  _____

9                                                          Sharon C. Collier
                                                         Attorneys for Defendant COSTCO
                                                         WHOLESALE CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** COSTCO WHOLESALE CORPORATION, a
*(AVISO AL DEMANDADO):* Washington Corporation; CHERYL DOE, an
individual; and DOES 1-25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** LEIGH PATTERSON, an individual.
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FILED
APR 1 9 2022
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Humboldt<br>825 Fifth Street<br>Eureka, California 95501 | CASE NUMBER:<br>*(Número del Caso):* CV2200529 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: John N. Metri, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004                                               (213) 389-3765

| DATE:<br>*(Fecha)* APR 1 9 2022 | Clerk, by Natasha P.<br>*(Secretario)* | KIM M. BARTLESON Deputy<br>*(Adjunto)* |
|---|---|---|

5/19/22
via hand delivery

Joanne Hallenback

MAY 2 0 REC'D

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS*

[SEAL]
COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (spe
3. ☒ on behalf of (specify): Costco Wholesale C
   under: ☒ CCP 416.10 (corporation)
           ☐ CCP 416.20 (defunct corporation)
           ☐ CCP 416.40 (association or partnership)
           ☐ other (specify):
4. ☐ by personal delivery on (date):

**SUMMONS**



1  | John N. Metri, Esq. - State Bar No. 337581
2  | DOWNTOWN L.A. LAW GROUP
   | 601 N. Vermont Ave.
3  | Los Angeles, CA 90004
   | Tel: (213) 389-3765
4  | Fax: (877) 389-2775
   | Email: John.Metri@downtownlalaw.com
5  |

**FILED**

APR 1 9 2022

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

6
7  | Attorneys for Plaintiff
   | LEIGH PATTERSON
8
9

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF HUMBOLDT

LEIGH PATTERSON, an individual.

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, a
Washington Corporation; CHERYL DOE, an
individual; and DOES 1-25, inclusive.

Defendants.

Case No.: **CV2200529**

**COMPLAINT FOR DAMAGES**

1. NEGLIGENCE
2. PREMISES LIABILITY

**[JURY DEMANDED]**

COMES NOW, Plaintiff, LEIGH PATTERSON , and alleges against Defendants, and each of them, as follows:

1. Plaintiff LEIGH PATTERSON is an individual and is now, and at all times mentioned in this complaint was, an adult resident of Humboldt County, California.

2. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation; CHERYL DOE, an individual; and DOES 1-25, inclusive, are, and at all times herein mentioned were individuals, corporations, sole proprietors, shareholders,

1

**COMPLAINT FOR DAMAGES**

1  associations, partners and partnerships, joint venturers, and/or business entities unknown,

2  primarily residing and doing business in the county of Humboldt, State of California.

3  3.    Plaintiff is informed and believes, and based upon such information alleges that

4  Defendant CHERYL DOE was a supervisor and/or manager of the store at the time of

5  Plaintiff's incident.  Based on information and belief, CHERYL DOE is now, and at all times

6  mentioned in this complaint was, an adult resident of Humboldt County, California. It is

7  believed that CHERYL DOE was responsible for the maintenance of the store and equipment

8  at the time of Plaintiff's incident, was responsible to verify that there was in place a policy

9  which provided for the maintenance of the store and equipment according to industry

10  standards, was responsible for the training and education of the store employees who were

11  tasked with conducting the maintenance of the store and equipment, and was responsible for

12  verifying that the store and equipment be maintained according to industry standards and

13  sufficient policies and procedures.

14  4.    Defendants DOES 1-25, inclusive, are sued herein under fictitious names, their true

15  names and capacities being unknown to Plaintiff.  Plaintiff will amend this complaint to

16  allege their true names and capacities when ascertained.  Plaintiff is informed and believes

17  and thereon alleges that each of the fictitiously named Defendants is responsible in some

18  manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were

19  proximately caused by those Defendants.

20  5.    Plaintiff is informed and believes, and based upon such information and belief alleges

21  that at all times relevant hereto Defendants COSTCO WHOLESALE CORPORATION, a

22  Washington Corporation; CHERYL DOE, an individual; and DOES 1-25, inclusive, are, and

23  at all times herein mentioned where individuals, corporations, sole proprietors, shareholders,

24  associations, partners and partnerships, joint venturers, and/or business entities unknown,

25  primarily residing and doing business in the County of Humboldt, State of California.  At all

26  times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing

27  agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1  controllers, of a commercial property located at 1006 Wabash Ave., Eureka CA 95502,

2  (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general

3  public is invited to come.

4  6.      At all times herein mentioned, each of the Defendants were the agents, servants, and

5  employees of their co-defendants, and in doing the things hereinafter alleged were acting in

6  the scope of their authority as agents, servants, and employees, and with permission and

7  consent of their co-defendants.  Plaintiff is further informed and believes, and thereon

8  alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts

9  alleged herein to each of the remaining Defendants.

10                            **FIRST CAUSE OF ACTION**

11                                    **NEGLIGENCE**

12                              **(Against All Defendants)**

13  7.      Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1

14  through 6, and by this reference incorporates said paragraphs as though fully set forth herein.

15  8.      On April 30, 2020 Plaintiff was lawfully on the premises of Defendants' store for the

16  purpose of purchasing miscellaneous items. As Plaintiff was walking within the subject

17  premises,  a forklift and/or similar cart being operated by Defendants' employee nearly

18  struck Plaintiff and forced her to abruptly move and caused her to fall, thereby causing

19  Plaintiff to sustain the serious injuries and damages described below.

20  9.      Said Defendants, and each of them, fully and well knew, or should have known in the

21  exercise of reasonable care, that the structures and/or components and/or other parts of said

22  building and equipment were in a dangerous and defective and unsafe condition, and a

23  menace to Plaintiff and others lawfully on said premises.

24  10.     By reason of the aforesaid negligence, carelessness and recklessness of Defendants,

25  and each of them, as aforesaid, and as a direct and proximate result thereof, a dangerous

26  forklifts and/or similar carts  that were not properly used, installed, maintained, cleaned

27

28

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

**3**
**COMPLAINT FOR DAMAGES**

1   and/or protected at said property causing Plaintiff to sustain the injuries and damages as

2   hereinafter alleged.

3   11.      As a direct and proximate result of the negligence, carelessness and recklessness of

4   Defendants, and each of them, as aforesaid, Plaintiff was hurt in her health, strength and

5   activity, sustaining severe shock and injuries to her person, all of which said injuries have

6   caused, continue to cause, and will in the future cause Plaintiff great physical and emotional

7   pain and suffering; Plaintiff is informed and believes, and therefore alleges, that said injuries

8   are permanent in nature, all to her damage in a sum according to proof.

9   12.      As a direct and proximate result of the negligence, carelessness and recklessness of

10   Defendants and each of them, as aforesaid, Plaintiff has been required to obtain medical

11   services, and Plaintiff has suffered severe emotional distress.

**SECOND CAUSE OF ACTION**

**PREMISES LIABILITY**

**(Against All Defendants)**

13.      Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1

through 12, and by this reference incorporates said paragraphs as though fully set forth

herein.

14.      On April 30, 2020 Plaintiff was lawfully on the premises of Defendants' store for the

purpose of purchasing miscellaneous items. As Plaintiff was walking within the subject

premises, a forklift and/or similar cart being operated by Defendants' employee nearly

struck Plaintiff and forced her to abruptly move and caused her to fall, thereby causing

Plaintiff to sustain the serious injuries and damages described below.

15.      On or about April 30, 2020, Defendants COSTCO WHOLESALE CORPORATION,

a Washington Corporation; CHERYL DOE, an individual; and DOES 1-25, inclusive,

carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated,

maintained and/or controlled the premises located at or near 1006 Wabash Ave., Eureka CA

95502, such that it was in a dangerous, defective and unsafe condition in conscious disregard

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

4

**COMPLAINT FOR DAMAGES**

for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious disregard of the Defendants, and each of them, said premises were unsafe and dangerous to the general public and specifically Plaintiff, LEIGH PATTERSON .

16.     Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation; CHERYL DOE, an individual; and DOES 1-25, inclusive, and each of them, failed to warn Plaintiff of said dangerous, defective and unsafe condition, although said Defendants, and each of them, knew of said condition.

17.     As a direct and legal result of said carelessness, negligence and conscious disregard of Defendants COSTCO WHOLESALE CORPORATION, a Washington Corporation; CHERYL DOE, an individual; and DOES 1-25, inclusive, and each of them, Plaintiff was seriously injured when she fell as she was nearly struck by a forklift and/or similar cart being operated by Defendants' employee that was not properly used, installed, maintained, cleaned and/or protected at said property caused Plaintiff to sustain the injuries and damages as hereinafter alleged.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.     For general damages in a sum according to proof;

2.     For medical, hospital, and related expenses according to proof;

3.     For loss of earnings according to proof;

4.     For loss of future earning capacity according to proof;

5.     For costs of suit herein incurred;

6.     For such other and further relief as this Court may deem proper.

DATED:  April 19, 2022                    **DOWNTOWN L.A. LAW GROUP**


John N. Metri, Esq.
Attorney for Plaintiff,
LEIGH PATTERSON

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

1

## DEMAND FOR JURY TRIAL

2    Plaintiff demands trial by jury of all issues so triable.

3

4    DATED:  April 19, 2022                    **DOWNTOWN L.A. LAW GROUP**

5

6

7                                             John N. Metri, Esq.
                                             Attorney for Plaintiff,
8                                             LEIGH PATTERSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

6

**COMPLAINT FOR DAMAGES**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John N. Metri, Esq.                          SBN: 337581<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave., Los Angeles, CA 90004<br>TELEPHONE NO.:(213) 389-3765    FAX NO. *(Optional):* (877) 389-2775<br>E-MAIL ADDRESS: John.Metri@downtownlalaw.com<br>ATTORNEY FOR *(Name):* LEIGH PATTERSON | **FILED**<br>N<br>APR 1 9 2022<br>P |

SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF HUMBOLDT

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT | |
|---|---|
| STREET ADDRESS: 825 Fifth Street | |
| MAILING ADDRESS: 825 Fifth Street | |
| CITY AND ZIP CODE: Eureka, CA 95501 | |
| BRANCH NAME: Humboldt County Courthouse | |

| CASE NAME: LEIGH PATTERSON vs. COSTCO WHOLESALE CORPORATION, et. al. | |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount           (Amount<br>demanded       demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CV2200529<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [X] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is    [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* Two
5. This case [ ] is    [X] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/19/22

John N. Metri, Esq.
_____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                        FAX NO.(*Optional*):<br>E-MAIL ADDRESS (*Optional*):<br>ATTORNEY FOR (*Name*): | FILED N<br>APR 1 9 2022 P<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF HUMBOLDT |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT**<br>STREET ADDRESS:          825 Fifth St.<br>MAILING ADDRESS:      825 Fifth St.<br>CITY AND ZIP CODE:    Eureka, CA 95501 | |
| Plaintiff: Leigh Patterson<br><br>Defendant: Costco Wholesale Corporation | |
| **NOTICE OF INCLUSION IN DELAY REDUCTION PROGRAM AND**<br>**NOTICE OF CASE MANAGEMENT CONFERENCE** | Case Number:<br>CV2200529 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the above-entitled action has been included in the Delay Reduction Program of the County of Humboldt. You are required to comply with the guidelines for Program cases as set forth in California Rules of Court, Title 3, Division 7, Chapters 1, 2, and 3, and Humboldt County Local Rules, 2.8 through 2.8.6.

You are further advised that a CASE MANAGEMENT CONFERENCE in the above action has been scheduled for August 22, 2022, at 8:30 AM in Courtroom Four of the above entitled Court. Initial CASE MANAGEMENT STATEMENT on Judicial Council form CM-110 shall be filed with the Court and exchanged among the parties no later than 15 days before the Case Management Conference.

DATE: April 19, 2022                    CLERK, By **Natasha P.**   KIM M. BARTLESON
                                                             , Deputy

HM301

1  **John Metri, Esq. – SBN 337581**
   **DOWNTOWN L.A. LAW GROUP**
2  601 N. Vermont Ave.
   Los Angeles, CA  90004
3  Telephone: (213) 389-3765
   Facsimile (877) 389-2775
4  Email: John.Metri@downtownlalaw.com

5
   Attorneys for Plaintiff,
6  LEIGH PATTERSON

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **COUNTY OF HUMBOLDT**

10

11

12

13  LEIGH PATTERSON, an individual,        Case No.:  CV2200529

14                 Plaintiff,

15         v.

16  COSTCO WHOLESALE CORPORATION, a        **STATEMENT OF DAMAGES**
17  Washington corporation; CHERYL DOE, an
    individual; and DOES 1-50, inclusive,
18

19                 Defendants.

20

21

22

23

24      Plaintiff, LEIGH PATTERSON, hereby provides to Defendants the following

25  Statement of Damages:

26    1.  General Damages:        In excess of            $1,000,000.00

27    2.  Special Damages:        In excess of            $1,000,000.00

28

                                    1

1       Plaintiff reserves the right to amend this Statement of Damages at a later time, as

2 Discovery develops.

3

4

5

6

7

8 Dated: May 11, 2022                 **DOWNTOWN L.A. LAW GROUP**

9

10

11

12                                   John Metri, Esq.

                                  Attorney for Plaintiff

13                                   LEIGH PATTERSON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STATEMENT OF DAMAGES**

# Exhibit B

SHARON C. COLLIER (State Bar No. 203450)
Sharon.Collier@fmglaw.com
FREEMAN MATHIS & GARY, LLP
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
P: (925) 644-0918
F: (833) 335-7962

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF HUMBOLDT**

| | |
|---|---|
| LEIGH PATTERSON, an individual,<br><br>            Plaintiff,<br>      v.<br><br>COSTCO WHOLESALE CORPORATION, a Corporation, CHERYL "DOE", and individual, and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. CV2200529<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT**<br><br>Complaint Filed: April 19, 2022 |

Defendant COSTCO WHOLESALE CORPORATION hereby answers the Complaint of Plaintiff LEIGH PATTERSON as follows:

**<u>GENERAL DENIAL</u>**

Pursuant to Code of Civil Procedure section 431.30(d), Defendant generally denies each and every allegation contained in Plaintiff's Complaint, and each and every cause of action therein, and specifically denies that Plaintiff has been damaged in any respect by any allegedly wrongful act or omission on the part of Defendant, its officers, employees, or agents.  This paragraph is incorporated by reference into each and every affirmative defense set forth below.

//

//

DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

### (*Failure to State a Cause of Action*)

The Complaint, and each cause of action thereof, fails to set forth facts sufficient to constitute a cause of action against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (*Comparative Fault*)

Defendant alleges that Plaintiff was careless and negligent in and about the matter alleged in her Complaint and that said carelessness and negligence on said Plaintiff's own part proximately contributed to the happening of the accident, to the injuries, losses and damages complained of, if any there were.

## THIRD AFFIRMATIVE DEFENSE

### (*Fault of Others*)

While at all times denying any liability and responsibility whatsoever to Plaintiff herein, Defendant contends that the alleged liability or responsibility is small in proportion to the alleged liability and responsibility of other persons and entities, including other persons and entities who may or may not be defendants herein, and that Plaintiff should be limited to seeking recovery from this defendant for the proportion of alleged injuries and damages for which this defendant is allegedly liable or responsible, all such alleged liability and responsibility being expressly denied.

## FOURTH AFFIRMATIVE DEFENSE

### (*Assumption of the Risk*)

Plaintiff is barred from asserting any claim against Defendant by reason of Plaintiff's assumption of the risk of the matters causing the injuries and damages incurred, if any.

## FIFTH AFFIRMATIVE DEFENSE

### (*Failure to Use Reasonable Diligence*)

Defendant is informed and believes and thereon alleges that Plaintiff's injuries, losses or damages, if any, were aggravated by Plaintiff's and/or other defendants' failure to use reasonable diligence.

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-

1

## **SIXTH AFFIRMATIVE DEFENSE**

2

### (*Doctrine of Laches*)

3

Defendant alleges that the Plaintiff's claims are barred by the equitable doctrine of laches.

4

## **SEVENTH AFFIRMATIVE DEFENSE**

5

### (*Waiver / Estoppel*)

6

Plaintiff has waived and is estopped from asserting any claim against this Defendant by reason

7

of Plaintiff's approval and consent to the risk in the matters causing the damages alleged, if any, in

8

their acknowledgment of, acquiescence in and consent to the alleged act or omissions, if any, of this

9

Defendant.

10

## **EIGHTH AFFIRMATIVE DEFENSE**

11

### (*Failure to Mitigate Damages*)

12

Defendant alleges that Plaintiff's injuries, losses and damages suffered, if any, which are

13

expressly denied, were caused by Plaintiff's failure to take reasonable steps to mitigate such

14

damages; to the extent that such injuries, losses or damages were caused by Plaintiff's failure to

15

take reasonable steps to mitigate such damages, that such are not recoverable against this

16

answering Defendant.

17

## **NINTH AFFIRMATIVE DEFENSE**

18

### (*Civil Code §1431.2 Apportionment*)

19

The liability of this answering Defendant, if any, for Plaintiff's economic loss should be

20

prorated pursuant to the provisions of California Civil Code section 1431.2.

21

//

22

//

23

//

24

//

25

//

26

//

27

//

28

Freeman Mathis
& Gary, LLP
Attorneys at Law

-3-

DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT

0.0  8392-00010

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays as follows:

1.  That Plaintiff takes nothing by reason of the Complaint;

2.  For judgment in Defendant's favor and dismissal of the action with prejudice;

3.  For costs of suit; and

5.  For such other relief that the Court deems just and proper.

Dated:  June 21, 2022                    FREEMAN MATHIS & GARY, LLP


By: _____
Sharon C. Collier
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

Freeman Mathis
& Gary, LLP
Attorneys at Law

-4-
DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT

0.0  8392-00010

## PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1255 Treat Blvd, Suite 300, Walnut Creek, California 94597. My electronic service email address is javi.brantley@fmglaw.com

On June 21, 2022, I served electronic copies of the within document(s) described as:

**DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT**

on the interested parties in this action as stated below:

**John N. Metri, Esq.**                    *Attorney for Plaintiff Leigh Patterson*
**Downtown L.A. Law Group**
**601 N. Vermont Ave**
**Los Angeles, CA 90004**
**T) 213.389.3765**
**F) 877.389.2775**
**Email: John.Metri@downtownlalaw.com**

[X]   (BY E-MAIL) Pursuant to CCP 1010.6, subdivision (e) by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above per electronic service agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 21, 2022, at Martinez, California.

_____              _____
       Javi Brantley                                    
     (Type or print name)                              (Signature)

CAPTION

# Exhibit C

NCTO:

A344517                                      1587907

                                             DO NOT WRITE IN THIS SPACE

          AMENDED                            **FILED**
STATEMENT AND DESIGNATION              In the office of the Secretary of State
          BY                                 of the State of California
  FOREIGN CORPORATION
                                             **JAN 22 1988**

                                             *March Fong Eu*
                                             MARCH FONG EU, Secretary of State


COSTCO WHOLESALE CORPORATION
_____, a corporation

organized and existing under the laws of Washington_____,
and which is presently qualified for the transaction of intrastate business in the
State of California, makes the following statements and/or designation:

    That the name of the corporation has been changed to that hereinabove set forth

and that the name relinquished at the time of such change was _____

CWC Corporation which will do business in California as Washington

Wholesalers Inc.


                    COSTCO WHOLESALE CORPORATION
                    (Name of Corporation)

                    *[signature]*
                    (Signature of corporate officer)

                                            Corporate
                    Michael D. Anderton, Secretary
                    (Typed name and title of officer signing)


INSTRUCTIONS:

1. If this Amended Statement shows a change of corporate name, there must be
   attached to this Amended Statement a certificate of an authorized public official
   of the state or place of incorporation, that such change of name was made in
   accordance with the laws of that state or place.

2. For filing this Amended Statement there is a fee of $15.00.

(CALIF. - 1320 - 3/27/87)



## STATE of WASHINGTON    SECRETARY of STATE

**I, Ralph Munro,** Secretary of State of the State of Washington and custodian of its seal,

hereby certify that according to the records on file in my office

Articles of Merger between CWC CORPORATION, a Washington corporation,

and COSTCO WHOLESALE CORPORATION, a Delaware corporation, whereby

CWC CORPORATION is the surviving corporation under the name

COSTCO WHOLESALE CORPORATION were received and filed in this

office September 1, 1987.

Date:   September 1, 1987
Given under my hand and the seal of the State
of Washington, at Olympia, the State Capitol.

_Ralph Munro, Secretary of State_

SSF 8-A

# Exhibit D



**State of California**
**Secretary of State**

**Statement of Information**
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

F

**G752821**

**FILED**

In the office of the Secretary of State
of the State of California

**JUN-27 2019**

| 1.   CORPORATE NAME |
|---|
| COSTCO WHOLESALE CORPORATION |

| 2.   CALIFORNIA CORPORATE NUMBER | C1587907 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See Instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 13.

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>4649 MORENA BOULEVARD, SAN DIEGO, CA 92117 | | | |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4<br>LICENSING   P.O. BOX 35005, SEATTLE, WA 98124 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/        ADDRESS<br>WALTER C. JELINEK    999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 8.   SECRETARY        ADDRESS<br>JOHN C. SULLIVAN    999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |
| 9.   CHIEF FINANCIAL OFFICER/        ADDRESS<br>RICHARD A. GALANTI    999 LAKE DRIVE, ISSAQUAH, WA 98027 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| C T CORPORATION SYSTEM |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| WHOLESALE/RETAIL MBRSHP WAREHS |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 06/27/2019 | GAIL E. TSUBOI | AVP/ASST. SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

## <u>CERTIFICATE OF SERVICE</u>

I declare that I am employed in the County of Contra Costa, State of California.  I am over the age of eighteen years at the time of service and not a party to the within cause.  My employment address is 1255 Treat Blvd, Suite 300, Walnut Creek, CA  94597 and my electronic service address is javi.brantley@fmglaw.com.

On June 21, 2022, I served copies of the attached document(s) entitled:

**DEFENDANT COSTCO WHOLESALE CORPORATION'S REQUEST FOR JUDICIAL**

**NOTICE [FRE 201]**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:              ***Attorney for Leigh Patterson***

**John N. Metri, Esq**
**Downtown L.A. Law Group**

**601 N. Vermont Ave**
**Los Angeles, Ca 90004**
**E-mail: john.metri@downtownlalaw.com**

ý      **BY ECF.**  Pursuant to rule 5 of Federal Rules of Procedure, I served the attorneys of record by filing on the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 21, 2022 at San Francisco, California.

      _/s/ Javier Alexandria Brantley_
      Javier Alexandria Brantley

Freeman Mathis
& Gary, LLP
Attorneys at Law